﻿Citation Nr: AXXXXXXXX
Decision Date: 05/28/19 Archive Date: 05/28/19

DOCKET NO. 190222-4090
DATE: May 28, 2019

ORDER

Service connection for chronic obstructive pulmonary disease (COPD), to include as secondary to exposure to asbestos is denied.

FINDING OF FACT

The preponderance of the evidence is against a finding that the Veteran’s COPD is secondary to asbestos exposure, and/or that it is otherwise related to his active service.

CONCLUSION OF LAW

The criteria for service connection for COPD, to include as secondary to exposure to asbestos have not been met. 38 U.S.C. §§ 1110, 1131, 5107 (West 2012); 38 C.F.R. §§ 3.102, 3.303 (2018).

REASONS AND BASES FOR FINDING AND CONCLUSION

The Board notes that the rating decision on appeal was issued in October 2018. In February 2019, the Veteran elected the modernized review system. 84 Fed. Reg. 138, 177 (Jan. 18, 2019) (to be codified at 38 C.F.R. § 19.2(d)).

The Veteran served on active duty from February 1955 to October 1958, and from November 1958 to October 1965. 

The Veteran selected the Higher-Level Review lane when he opted in to the Appeals Modernization Act (AMA) review system by submitting a Rapid Appeals Modernization Program (RAMP) election form. Accordingly, the October 2018 AMA rating decision considered the evidence of record as of the date VA received the RAMP election form. The Veteran timely appealed this rating decision to the Board and requested direct review of the evidence considered by the Agency of Original Jurisdiction (AOJ).

Service Connection for COPD

Service connection may be granted for disability resulting from disease or injury incurred in or aggravated during service. 38 U.S.C. § 1110 (West 2012); 38 C.F.R. § 3.303 (2018). That determination requires a finding of current disability that is related to an injury or disease in service. Service connection may be granted for a disability diagnosed after discharge, when all the evidence, including that pertinent to service, establishes that the disability is due to disease or injury that was incurred or aggravated in service. 38 C.F.R. § 3.303(d) (2018).

The Veteran asserts that his COPD is the result of his active service, including and specifically, his active service on navy ships, in which he contends that he was subjected to conditions, such as, for example, cigarette smoke in closed quarters, and dust in the bunks. See August 2018 Statement in Support of Claim. 

However, service treatment records (STRs) lack any evidence documenting symptoms of COPD; or a COPD-related injury, illness, disease or resulting event. 

The Veteran’s October 2018 VA examination report reflects a current diagnosis of COPD. However, the VA examiner opined that it was less likely than not the Veteran’s COPD was incurred in or caused by an in-service injury, event, or illness. As the rationale for this opinion, the VA examiner explained that there is no evidence of asbestosis on examination, and that the Veteran’s position as a quartermaster, while on active duty, has a low likelihood of asbestos exposure, as documented in his claims file.

The Veteran has not submitted any contradicting opinion; other evidence of a diagnosis of asbestosis; and/or any documented evidence of in-service symptoms of COPD, or related illnesses or diseases. Thus, by considering the reasonable-of-the-doubt rule, the Board finds that it is inapplicable, the preponderance of the evidence is against this claim, and service connection for COPD must be denied.

 

MATTHEW TENNER

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD Vanessa-Nola Pratt, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.